


1  LAWRENCE G. BROWN
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED
OCT 05 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIF

| | |
|---|---|
| United States<br>v.<br>German Arias-Diaz | Case No.: 1:09   DLB<br>1:09 MJ 00251 DLB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file the documents in this case, including but not limited to the Complaint, affidavit in support, reports under seal, and good cause appearing therefore,

IT IS ORDERED, that the above-referenced documents shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: October 5 , 2009

_____
Honorable Dennis L. Beck
United States Magistrate Judge

1