1  LAWRENCE G. BROWN
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

**FILED**

OCT 0 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10                                          1:09 mj 251 DLB.

11 UNITED STATES OF AMERICA,      )  CASE NO.   1:09-CR-397-DLB
                                  )
12              Plaintiff,        )
                                  )  MOTION TO UNSEAL COMPLAINT;
13         v.                     )  [PROPOSED] ORDER
                                  )
14 GERMAN ARIAS-DIAZ,             )
                                  )
15              Defendants        )
   _____)

16
        The Complaint in this case, having been sealed by Order of
17
   this Court, and it appears that it no longer need remain secret.
18
        The United States of America, by and through Lawrence G.
19
   Brown, United States Attorney, and Kevin P. Rooney, Assistant
20
   United States Attorney, hereby moves that the Complaint in this
21
   case be unsealed and made public record.
22
   Dated: October 6, 2009        ' _____
23                                  KEVIN P. ROONEY
                                    Assistant U. S. Attorney
24

25      IT IS SO ORDERED.

26
   DATED: October 6, 2009         _____
27                                 DENNIS L. BECK
                                   United States Magistrate Judge
28

                                  1